**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **ZYNEX, INC.,** *et al.*, | § | **Case No. 25-90810 (ARP)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF FILING OF THIRD AMENDED COMBINED DISCLOSURE**
**STATEMENT AND JOINT PLAN OF REORGANIZATION OF**
**ZYNEX, INC. AND ITS AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF**
**THE BANKRUPTCY CODE (SOLICITATION VERSION)**

**PLEASE TAKE NOTICE THAT**, on December 15, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE NOTICE THAT**, on January 14, 2026, the Debtors filed the *Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 175] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE THAT**, on January 29, 2026, the Debtors filed an amended version of the Plan at Docket No. 225 (the "Amended Plan").

**PLEASE TAKE FURTHER NOTICE THAT**, on February 1, 2026, the Debtors filed an amended version of the Amended Plan at Docket No. 235 (the "Second Amended Plan").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zynex, Inc. (5169); Zynex Monitoring Solutions, Inc. (4516); Zynex NeuroDiagnostics, Inc. (4515); Zynex Medical, Inc. (1963); Pharmazy, Inc. (0056); Kestrel Labs, Inc.  (3775); and Zynex Management LLC (1267). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9655 Maroon Circle Englewood, CO 80112. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Zynex.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

- 1 -

**PLEASE TAKE FURTHER NOTICE THAT**, on February 7, 2026, the Debtors filed an amended version of the Second Amended Plan at Docket No. 263 (the "Third Amended Plan"). A redline of the Third Amended Plan marked against the Second Amended Plan is attached hereto as **Exhibit 1**.

Dated: February 7, 2026
      Houston, Texas

                                                 Respectfully submitted,

*/s/ Omar J. Alaniz*

| | |
|---|---|
| **REED SMITH LLP** | **SIMPSON THACHER & BARTLETT LLP** |
| Omar J. Alaniz (24040402) | Elisha D. Graff (admitted *pro hac vice*) |
| Dylan T.F. Ross (24104435) | Moshe A. Fink (admitted *pro hac vice*) |
| 2850 N. Harwood Street, Suite 1500 | Rachel Foust (admitted *pro hac vice*) |
| Dallas, Texas 75201 | Zachary Weiner (admitted *pro hac vice*) |
| Telephone: (469) 680-4200 | 425 Lexington Avenue |
| Facsimile: (469) 680-4299 | New York, NY 10017 |
| Email: oalaniz@reedsmith.com | Telephone: (212) 455-2000 |
| dylan.ross@reedsmith.com | Facsimile: (212) 455-2502 |
| | Email: egraff@stblaw.com |
| *Co-Counsel for Debtors and Debtors in Possession* | moshe.fink@stblaw.com |
| | rachael.foust@stblaw.com |
| | zachary.weiner@stblaw.com |
| | *Co-Counsel for Debtors and Debtors in Possession* |

**Certificate of Service**

      I hereby certify that on February 7, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                          */s/ Omar J. Alaniz*
                                          Omar J. Alaniz

## Exhibit 1

**Redline of Third Amended Plan**