IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| ZYNEX, INC., *et al.*, | § § § | Case No. 25-90810 (ARP) |
| Debtors.[1] | § § § § | (Jointly Administered) |

## DEBTORS' NOTICE OF PUBLICATION AFFIDAVITS

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 9008 the Debtors caused publication of the Notice of Deadlines for Filing Proofs of Claim in the publications identified below. The affidavits of publication are attached hereto as follows:

**Exhibit A**: The Dallas Morning News Affidavit of Publication;

**Exhibit B**: Detroit Free Press and Detroit News Affidavit of Publication;

**Exhibit C**: Houston Chronicle Affidavit of Publication;

**Exhibit D**: Los Angeles Times Affidavit of Publication;

**Exhibit E**: Miami Hearld Affidavit of Publication;

**Exhibit F**: San Francisco Chronicle Affidavit of Publication;

**Exhibit G**: Tampa Bay Times Affidavit of Publication; and

**Exhibit H**: Wall Street Journal Affidavit of Publication.

**[Remainder of this page left intentionally blank.]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zynex, Inc. (5169); Zynex Monitoring Solutions, Inc. (4516); Zynex NeuroDiagnostics, Inc. (4515); Zynex Medical, Inc. (1963); Pharmazy, Inc. (0056); Kestrel Labs, Inc. (3775); and Zynex Management LLC (1267). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9655 Maroon Circle Englewood, CO 80112. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Zynex.

| | |
|---|---|
| Dated: February 17, 2026<br>Houston, Texas | Respectfully submitted, |

| | |
|---|---|
| */s/ Omar J. Alaniz*<br>**REED SMITH LLP**<br>Omar J. Alaniz (24040402)<br>Dylan T.F. Ross (24104435)<br>2850 N. Harwood Street, Suite 1500<br>Dallas, Texas 75230<br>Telephone: (469) 680-4200<br>Facsimile: (469) 680-4299<br>Email: oalaniz@reedsmith.com<br>         dylan.ross@reedsmith.com<br><br>*Co-Counsel for Debtors and Debtors in Possession* | **SIMPSON THACHER & BARTLETT LLP**<br>Elisha D. Graff (admitted *pro hac vice*)<br>Moshe A. Fink (admitted *pro hac vice*)<br>Rachael Foust (admitted *pro hac vice*)<br>Zachary Weiner (admitted *pro hac vice*)<br>425 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br>Email: egraff@stblaw.com<br>         moshe.fink@stblaw.com<br>         rachael.foust@stblaw.com<br>         zachary.weiner@stblaw.com<br><br>*Co-Counsel for Debtors and Debtors in Possession* |

## Certificate of Service

I hereby certify that on February 17, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

*/s/ Omar J. Alaniz*
Omar J. Alaniz