IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ZYNEX, INC., *et al.*, | § § § | Case No. 25-90810 (ARP) |
| Debtors.[1] | § § § § | (Jointly Administered) |
| | § | Related to Docket Nos. 239 and 263 |

**DECLARATION OF EMILY YOUNG, ON BEHALF OF
EPIQ CORPORATE RESTRUCTURING, LLC, REGARDING SOLICITATION
AND TABULATION OF BALLOTS CAST IN CONNECTION WITH THE THIRD
AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT PLAN OF
REORGANIZATION OF ZYNEX, INC. AND ITS AFFILIATED DEBTORS
PURUSANT TO CHAPTER 11 OF THE BANKRUTCY CODE**

I, Emily Young, hereby declare as follows under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Director of Epiq Corporate Restructuring, LLC ("**Epiq**") located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am over the age of 18 years. I do not have a direct interest in the above-captioned chapter 11 cases and am an impartial party.

2. I submit this declaration (the "**Declaration**") with respect to the solicitation and tabulation of votes cast in connection with the *Third Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 263] (including all exhibits, schedules, and supplements

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zynex, Inc. (5169); Zynex Monitoring Solutions, Inc. (4516); Zynex NeuroDiagnostics, Inc. (4515); Zynex Medical, Inc. (1963); Pharmazy, Inc. (0056); Kestrel Labs, Inc. (3775); and Zynex Management LLC (1267). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9655 Maroon Circle Englewood, CO 80112. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Zynex.

(including any Plan Supplement) thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**").[2]

3. Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

4. Pursuant to the (a) *Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent* [Docket No. 22] and the (b) *Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Approving the Forms of Ballots and Notices in Connection Therewith, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief* [Docket No. 239] (the "**Solicitation Order**"), Epiq was appointed and authorized to assist the Debtors with, among other things, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast in connection with the Plan by Holders of Claims in the Voting Classes (as defined herein).

5. As set forth in the Solicitation Order, the Bankruptcy Court established January 27, 2026 as the record date (the "**Voting Record Date**") for determining which Holders of Claims within the Voting Classes were entitled to vote on the Plan.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Plan or the Solicitation Order (as defined below), as applicable.

6. Pursuant to the Plan, only Holders of Claims in the following Classes (together, the "**Voting Classes**") were entitled to vote to accept or reject the Plan:

| Class | Description |
|---|---|
| Class 2 | Convertible Notes Claims |
| Class 3 | General Unsecured Claims |

7. Additionally, Holders of Claims and Interests in the following Classes were not entitled to vote to accept or reject the Plan (the "**Non-Voting Classes**"):

| Class | Description |
|---|---|
| Class 1 | Other Priority Claims |
| Class 4 | Intercompany Claims |
| Class 5 | Intercompany Interests |
| Class 6 | Existing Interests |

8. On February 11, 2026 and February 12, 2026, Epiq caused to be served (i) the Confirmation Hearing Notice on parties in interest and on patients with email addresses, (ii) Solicitation Packages on Holders of Claims in the Voting Classes, and (iii) the Confirmation Hearing Notice for Non-Voting Classes, with an Opt-In Form, on Holders of Claims and Interests in Non-Voting Classes. The *Certificate of Service of Solicitation Documents* was filed on February 23, 2026 [Docket No. 284].[3]

9. The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Solicitation Order (the "**Solicitation Procedures**"). Epiq was instructed by the Debtors to solicit, review, determine the validity of, and tabulate Ballots submitted with respect to the Plan by the Holders of Claims in the Voting Classes in accordance with the Solicitation Procedures. In addition, Epiq consulted with the Debtors and their counsel, as appropriate, to ensure compliance with the Solicitation Procedures. I supervised the solicitation and tabulation performed by Epiq's

---

[3] Class 4 (Intercompany Claims) and Class 5 (Intercompany Interests) were excluded from the solicitation mailing per the Solicitation Order.

3

employees and believe that they have been performed in accordance with the Solicitation Procedures.

10. Each Ballot received by Epiq was date-stamped upon receipt, scanned (if submitted on paper), assigned a ballot number, entered into Epiq's voting database, and processed in accordance with the Solicitation Procedures.

11. Epiq received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan. In order for a Ballot to be counted as valid, the Ballot must have been (a) properly completed in accordance with the Solicitation Procedures, (b) executed by the relevant Holder or such Holder's authorized representative, (c) returned to Epiq via an approved method of delivery as set forth in the Solicitation Procedures, and (d) received by Epiq no later than 4:00 p.m. (prevailing Central Time) on March 12, 2026 (the "**Voting Deadline**").

12. All validly executed and completed Ballots cast by Holders of Claims in the Voting Classes received by Epiq on or before the Voting Deadline were tabulated in accordance with the Solicitation Procedures.  I declare that the results of the voting by Holders of Claims in the Voting Classes are as set forth in **Exhibit A** hereto.

13. A report of all Ballots received by the Voting Deadline but not included in the tabulation prepared by Epiq, as well as the reasons for exclusion of such Ballots, is attached as **Exhibit B** hereto.

14. The Ballots (for Voting Classes) and Opt-In Forms (for Non-Voting Classes) also included instructions regarding how to elect to opt in to the releases set forth in Article IX of the Plan (the "**Opt-In Election**"). The list of parties who made the Opt-In Election by the Voting Deadline is set forth on **Exhibit C** hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true and correct to the best of my knowledge, information, and belief.

Dated: March 15, 2026                              /s/ *Emily Young*
                                                            Emily Young, Director
                                                            Epiq Corporate Restructuring, LLC

## **Exhibit A**

**Tabulation Summary**

| Case No. | Debtor | Class | Class Description | Number Accept | Number Reject | Number Accept Percentage | Number Reject Percentage | Amount Accept (Dollars) | Amount Reject (Dollars) | Amount Accept Percentage | Amount Reject Percentage | Class Voting Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-90809 | Zynex Management LLC | 3 | General Unsecured Claims | There were Holders eligible to vote, but no Ballots were submitted by the Voting Deadline. Per Article III.J of the Plan, this Class is deemed to Accept. | | | | | | | | Accept |
| 25-90810 | Zynex, Inc. | 2 | Convertible Notes Claims | 16 | 0 | 100.00% | 0.00% | $49,935,000.00 | $0.00 | 100.00% | 0.00% | Accept |
| 25-90810 | Zynex, Inc. | 3 | General Unsecured Claims | 21 | 6 | 77.78% | 22.22% | $9,047,771.66 | $184.85 | 99.998% | 0.002% | Accept |
| 25-90811 | Zynex Monitoring Solutions, Inc. | 3 | General Unsecured Claims | 5 | 1 | 83.33% | 16.67% | $425,482.23 | $1.00 | 99.9998% | 0.0002% | Accept |
| 25-90812 | Zynex NeuroDiagnostic, Inc. | 3 | General Unsecured Claims | There were Holders eligible to vote, but no Ballots were submitted by the Voting Deadline. Per Article III.J of the Plan, this Class is deemed to Accept. | | | | | | | | Accept |
| 25-90813 | Zynex Medical, Inc. | 3 | General Unsecured Claims | 18 | 3 | 85.71% | 14.29% | $9,401,227.03 | $690,298.00 | 93.16% | 6.84% | Accept |
| 25-90814 | Pharmazy, Inc. | 3 | General Unsecured Claims | There were Holders eligible to vote, but no Ballots were submitted by the Voting Deadline. Per Article III.J of the Plan, this Class is deemed to Accept. | | | | | | | | Accept |
| 25-90815 | Kestrel Labs, Inc. | 3 | General Unsecured Claims | There were Holders eligible to vote, but no Ballots were submitted by the Voting Deadline. Per Article III.J of the Plan, this Class is deemed to Accept. | | | | | | | | Accept |

**Exhibit B**

**Excluded Ballots**

| Ballot No. | Claim No. | Debtor | Plan Class | Plan Class Description | Name | Ballot Amount | Vote Accept/Reject | Excluded Reason |
|---|---|---|---|---|---|---|---|---|
| 3 | 10042 | Zynex Medical, Inc. | 3 | General Unsecured Claims | NAME ON FILE | $1.00 | | No Vote.  Ballot did not include a vote to accept or to reject the Plan. |
| 10009 | 10073 | Zynex, Inc. | 3 | General Unsecured Claims | NAME ON FILE | $1.00 | | No Vote.  Ballot did not include a vote to accept or to reject the Plan. |

**Exhibit C**

**Opt-In Elections**

| Ballot No | Opt-In Form No. | Class | Plan Class Description | Name | Opt-In Box Checked (Y/N) | Comment |
|---|---|---|---|---|---|---|
| | VJ48XL8CM1 | | | NAME ON FILE | Y | |
| | 4VMXW18O3M | | | NAME ON FILE | Y | |
| | EP4SPZO0BO | | | NAME ON FILE | Y | |
| | TT69RPHDFS | | | NAME ON FILE | Y | |
| | MJN6MAYQ0J | | | VANGUARD BROKERAGE SERVICES | Y | |
| | 1 | | | NAME ON FILE | Y | |
| | 60DKLTUTE1 | | | NAME ON FILE | Y | |
| | T9D44S2BUV | | | NAME ON FILE | Y | |
| | GGYK4RD09B | | | NAME ON FILE | Y | |
| | 2 | | | NAME ON FILE | Y | |
| | 3 | | | NAME ON FILE | Y | |
| | 4 | | | NAME ON FILE | Y | |
| | 5 | | | NAME ON FILE | Y | |
| | 2AGE76NQMB | | | NAME ON FILE | Y | |
| | 9QJOXASC2O | | | NAME ON FILE | Y | |
| | 6 | | | NAME ON FILE | Y | |
| | FZPZIGHY31 | | | NAME ON FILE | N | Holder did not check the Opt-In Box. |
| | 6P928EXL3V | | | NAME ON FILE | Y | |
| | 8CE13DC5JO | | | NAME ON FILE | N | Holder did not check the Opt-In Box. |
| | O4ATWH0OS6 | | | NAME ON FILE | Y | |
| | MXGXSAREW7 | | | WESTROCK ALPHA MASTER FUND | Y | |
| | 7 | | | NAME ON FILE | Y | Holder did not sign the Form. |
| | 8 | | | NAME ON FILE | Y | |
| | LUE6XM8GX4 | | | NAME ON FILE | Y | |
| | L5VEVF5RHX | | | NAME ON FILE | Y | |
| 7 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |
| 10018 | | 3 | GENERAL UNSECURED CLAIMS | LAFRANCE | Y | |
| 10011 | | 3 | GENERAL UNSECURED CLAIMS | MELLOW DOG ENTERPRISES LLC | Y | |
| 10007 | | 3 | GENERAL UNSECURED CLAIMS | NEMKO USA, INC. | Y | |
| 10004 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |
| 10005 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |

| Ballot No | Opt-In Form No. | Class | Plan Class Description | Name | Opt-In Box Checked (Y/N) | Comment |
|---|---|---|---|---|---|---|
| 10014 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |
| 10002 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |
| 10008 | | 3 | GENERAL UNSECURED CLAIMS | COALFIRE SYSTEMS, INC. | Y | |
| 4 | | 3 | GENERAL UNSECURED CLAIMS | PROMEDIC LLC | Y | |
| 9 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |
| 1 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |
| 10012 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |
| 8 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |
| 10015 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |
| 10017 | | 3 | GENERAL UNSECURED CLAIMS | LAFRANCE | Y | |
| 10010 | | 3 | GENERAL UNSECURED CLAIMS | MELLOW DOG ENTERPRISES LLC | Y | |
| 11 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |
| 5 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |
| 10006 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |
| 10009 | | 3 | GENERAL UNSECURED CLAIMS | NAME ON FILE | Y | |
| MB01 | | 2 | CONVERTIBLE NOTES CLAIMS | MORGAN STANLEY & CO. LLC, ACCT 1 | Y | |
| BR001 | | 2 | CONVERTIBLE NOTES CLAIMS | WELLS FARGO; ACCOUNT NO. XX5004 | Y | |
| BR002 | | 2 | CONVERTIBLE NOTES CLAIMS | WELLS FARGO; ACCOUNT NO. XX7068 | Y | |
| BR003 | | 2 | CONVERTIBLE NOTES CLAIMS | WELLS FARGO; ACCOUNT NO. XX2315 | Y | |
| BR004 | | 2 | CONVERTIBLE NOTES CLAIMS | WELLS FARGO; ACCOUNT NO. XX8532 | Y | |
| BR005 | | 2 | CONVERTIBLE NOTES CLAIMS | BANK OF AMERICA; ACCOUNT NO. XX6845 | Y | |
| BR006 | | 2 | CONVERTIBLE NOTES CLAIMS | BANK OF AMERICA; ACCOUNT NO. XX3990 | Y | |
| BR008 | | 2 | CONVERTIBLE NOTES CLAIMS | J.P. MORGAN SECURITIES LLC/JPMC; ACCOUNT NO. XX6438 | Y | |
| BR009 | | 2 | CONVERTIBLE NOTES CLAIMS | J.P. MORGAN SECURITIES LLC/JPMC; ACCOUNT NO. XX6681 | Y | |
| BR010 | | 2 | CONVERTIBLE NOTES CLAIMS | J.P. MORGAN SECURITIES LLC/JPMC; ACCOUNT NO. XX9175 | Y | |
| BR011 | | 2 | CONVERTIBLE NOTES CLAIMS | J.P. MORGAN SECURITIES LLC/JPMC; ACCOUNT NO. XX1564 | Y | |
| BR012 | | 2 | CONVERTIBLE NOTES CLAIMS | J.P. MORGAN SECURITIES LLC/JPMC; ACCOUNT NO. XX9492 | Y | |
| BR014 | | 2 | CONVERTIBLE NOTES CLAIMS | UBS SECURITIES LLC; ACCOUNT NO. XX1879 | Y | |
| BR015 | | 2 | CONVERTIBLE NOTES CLAIMS | NATIONAL FINANCIAL SERVICES LLC; ACCOUNT NO. XX2501 | Y | |