**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ZYNEX, INC.,** *et al.*, | § | **Case No. 25-90810 (ARP)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF AGENDA OF MATTERS SET FOR EMERGENCY HEARING ON
MARCH 19, 2026, AT 9:00 A.M. (CENTRAL TIME)**

Zynex, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file their *Agenda of Matters Set for Hearing on March 19, 2026, at 9:00 a.m. (Central Time)* before the Honorable Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Avenue, Houston, Texas 77002:

**A. Motions**

1.   **Debtors' Emergency Motion for Entry of an Order (I) Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in and Claims Against the Debtors, and (B) Claims of Certain Worthless Stock Deductions; and (II) Granting Related Relief [Docket No. 8]**

     Status: This matter is going forward.

     Related Documents:

     a.   Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 44]
     b.   Notice of (I) Entry of First Day Orders and (II) Second Day Hearing Scheduled for January 13, 2026, at 10:00 a.m. (Prevailing Central Time) [Docket No. 53]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zynex, Inc. (5169); Zynex Monitoring Solutions, Inc. (4516); Zynex NeuroDiagnostics, Inc. (4515); Zynex Medical, Inc. (1963); Pharmazy, Inc. (0056); Kestrel Labs, Inc.  (3775); and Zynex Management LLC (1267). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9655 Maroon Circle Englewood, CO 80112. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Zynex.

    c.   Second Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 165]

    d.   Notice of Telephonic and Video Conference Final Hearing on NOL Motion [Docket No. 215]

    e.   Third Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 247]

    f.   Amended Notice of Telephonic and Video Conference Final Hearing on NOL Motion [Docket No. 250]

    g.   Fourth Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 315]

    h.   Second Amended Notice of Telephonic and Video Conference Final Hearing on NOL Motion [Docket No. 316]

2.    **Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Approving Procedures for Assumption or Rejection of Executory Contracts, (II) Authorizing the Assumption of Certain Executory Contracts [Docket No. 339]**

<u>Status</u>: This matter is going forward.

3.    **Third Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 263]**

<u>Status</u>: This matter is going forward.

<u>Objections</u>:

    a.   Objection and Reservation of Rights of Elevance Health, Inc. to Debtors' Notice of Possible Assumption of Certain Executory Contracts and Unexpired Leases and Cure Amount (Docket No. 285) [Docket No. 320]

    b.   Combined Limited Objection of Centene Corporation and its Affiliates to the Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code and the Schedule of Assumed Executory Contracts and Unexpired Leases [Docket No. 321]

<u>Related Documents</u>:

    a.   Declaration of Vikram Bajaj in Support of Chapter 11 Petitions and First Day Pleadings, filed on December 16, 2025 [Docket No. 17]

    b.   Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 175]

c. <u>Emergency</u> Motion of Debtors for Entry of an Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Approving the Forms of Ballots and Notices in Connection Therewith, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief [Docket No. 176]

d. Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 225]

e. Notice of Filing of Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 227]

f. Second Amended Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 235]

g. Notice of Filing of Second Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 236]

h. Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Approving the Forms of Ballots and Notices in Connection Therewith, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief [Docket No. 239]

i. Notice of Filing of Third Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) [Docket No. 264]

j. Notice of Publication Affidavits [Docket No. 280]

k. Notice of Filing of Liquidation Analysis with Respect to the Third Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors [Docket No. 282]

l. Certificate of Service of Solicitation Documents [Docket No. 284]

m. Notice of (I) Hearing to Consider (A) Adequacy of the Disclosure Statement and (B) Confirmation of the Plan, (II) Procedures for Assumption and Rejection of Executory Contracts and Unexpired Contracts, and (III) Objection Deadlines, and Summary of Plan, filed on February 26, 2026 [Docket No. 298]

n. Notice of Filing of Plan Supplement to the Third Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors [Docket No. 304]

o. Declaration of Emily Young, on behalf of Epiq Corporate Restructuring, LLC, Regarding Solicitation and Tabulation of Ballots Cast in Connection with the Third Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors [Docket No. 325]

p.  Notice of Filing of Second Plan Supplement to the Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of Zynex, Inc. and its Debtor Affiliates [Docket No. 329]

q.  Declaration of Daniel Moses in Support of an Order (I) Approving the Adequacy of the Debtors' Disclosure Statement and (II) Confirming the Third Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors [Docket No. 330]

r.  Declaration of Vikram Bajaj in Support of an Order (I) Approving the Adequacy of the Debtors' Disclosure Statement and (II) Confirming the Third Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors [Docket No. 331]

s.  Memorandum of Law in Support of an Order (I) Approving the Adequacy of the Disclosure Statement and (II) Confirming the Third Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors [Docket No. 332]

t.  Proposed Findings of Fact, Conclusions of Law and Order (I) Approving the Adequacy of the Debtors' Disclosure Statement and (II) Confirming the Third Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors [Docket No. 333]

u.  Ad Hoc Noteholder Group's Witness and Exhibit List for Hearing on March 19, 2026, at 9:00 a.m. (Prevailing Central Time) [Docket No. 335]

v.  Debtors' Witness and Exhibit List for Hearing on March 19, 2026 [Docket No. 336]

Dated: March 18, 2026                                    Respectfully submitted,
        Houston, Texas


 /s/ Omar J. Alaniz
**REED SMITH LLP**                                      **SIMPSON THACHER & BARTLETT LLP**
Omar J. Alaniz (24040402)                               Elisha D. Graff (admitted *pro hac vice*)
Dylan T.F. Ross (24104435)                              Moshe A. Fink (admitted *pro hac vice*)
2850 N. Harwood Street, Suite 1500                      Rachel Foust (admitted *pro hac vice*)
Dallas, Texas 75201                                     Zachary Weiner (admitted *pro hac vice*)
Telephone:   (469) 680-4200                             425 Lexington Avenue
Facsimile:   (469) 680-4299                             New York, NY 10017
Email:       oalaniz@reedsmith.com                      Telephone:   (212) 455-2000
             dylan.ross@reedsmith.com                   Facsimile:   (212) 455-2502
                                                        Email:       egraff@stblaw.com
*Co-Counsel for Debtors and Debtors in*                              moshe.fink@stblaw.com
*Possession*                                                         rachael.foust@stblaw.com
                                                                     zachary.weiner@stblaw.com

                                                        *Co-Counsel for Debtors and Debtors in*
                                                        *Possession*

## Certificate of Service

I hereby certify that on March 18, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                         /s/ Omar J. Alaniz
                                                        Omar J. Alaniz