**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ZYNEX, INC.**, *et al.*, | § | **Case No. 25-90810 (ARP)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF CONFIRMATION AND EFFECTIVE DATE OF
THIRD AMENDED COMBINED DISCLOSURE STATEMENT AND
JOINT PLAN OF REORGANIZATION OF ZYNEX, INC. AND ITS AFFILIATED
DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on March 19, 2026, the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") entered the *Findings of Fact, Conclusions of Law and Order (I) Approving the Adequacy of the Debtors' Disclosure Statement and (II) Confirming the Third Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors* (the "**Confirmation Order**") [Docket No. 348] confirming the *Third Amended Combined Disclosure Statement and Joint Plan of Reorganization of Zynex, Inc. and its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code* (as amended, supplement, or otherwise modified from time to time, the "**Plan**")[2] [Docket No. 264].

**PLEASE TAKE FURTHER NOTICE** that each condition set forth in Section 8.A of the Plan has been satisfied or duly waived and that the Effective Date of the Plan occurred on March 26, 2026.

**PLEASE TAKE FURTHER NOTICE** that the injunction, exculpation, and release provisions of Article IX of the Plan are now in full force and effect.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 7.C of the Plan, Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, if any, must be filed with the Court on or before 5:00 p.m. (prevailing Central Time) on the date that is thirty (30) days after the Effective Date (*i.e.*, April 25, 2026), to the extent not

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zynex, Inc. (5169); Zynex Monitoring Solutions, Inc. (4516); Zynex NeuroDiagnostics, Inc. (4515); Zynex Medical, Inc. (1963); Pharmazy, Inc. (0056); Kestrel Labs, Inc.  (3775); and Zynex Management LLC (1267). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9655 Maroon Circle Englewood, CO 80112. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Zynex.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan or Confirmation Order, as applicable.

already filed and to the extent that there was no other prior order setting an different deadline to file such rejection Claims.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided by the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, pursuant to Section 3.A.1 of the Plan, all requests for payment of Administrative Expense Claims must be filed on or before the date that is thirty (30) days after the Effective Date (*i.e.*, April 25, 2026).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 3.A.4 of the Plan, the deadline to file final requests for payment of Professional Fee Claims is May 10, 2026 (*i.e.*, 45 days after the Effective Date).

**PLEASE TAKE FURTHER NOTICE** that following the Effective Date, the terms of the Plan shall be binding upon and inure to the benefit of the Debtors, their Estates, all present and former Holders of Claims and Interests, whether or not such Holders voted in favor of the Plan, and their respective successors and assigns.

Dated: March 26, 2026

Respectfully submitted

*/s/ Omar J. Alaniz*
**REED SMITH LLP**
Omar J. Alaniz (24040402)
Dylan T.F. Ross (24104435)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail:  OAlaniz@reedsmith.com
        Dylan.ross@reedsmith.com

**SIMPSON THACHER & BARTLETT LLP**
Elisha D. Graff (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
Rachael L. Foust (admitted *pro hac vice*)
Zachary Weiner (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile:  (212) 455-2502
Email: egraff@stblaw.com
        moshe.fink@stblaw.com
        rachael.foust@stblaw.com
        zachary.weiner@stblaw.com

*Co-Counsel for the Debtors and Debtors-in-Possession*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 26, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Omar J. Alaniz*
Omar J. Alaniz

3