**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ZYNEX, INC., et al.,** | § | **Case No. 25-90810 (ARP)** |
| | § | |
| **Debtors.**[1] | § | **Jointly Administered** |
| | § | |

**REED SMITH LLP'S FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM DECEMBER 15, 2025 THROUGH MARCH 26, 2026**

| | | |
|---|---|---|
| **Name of applicant:** | Reed Smith LLP | |
| **Applicant's Role in Case:** | Co-Counsel for Debtors and Debtors-In-Possession | |
| **Docket No. of Employment Order:** | Dkt. No. 258 | |
| **Final Application** | First and Final Fee Application | |
| **Date Order of Employment Signed:** | February 6, 2026 [Docket No. 258] | |
| | **Beginning Date** | **End Date** |
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | December 15, 2025 | March 26, 2026 |
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case (Y)** | | |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed (Y)** | | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zynex, Inc. (5169); Zynex Monitoring Solutions, Inc. (4516); Zynex NeuroDiagnostics, Inc. (4515); Zynex Medical, Inc. (1963); Pharmazy, Inc. (0056); Kestrel Labs, Inc. (3775); and Zynex Management LLC (1267). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9655 Maroon Circle Englewood, CO 80112. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Zynex.

| | |
|---|---|
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases? (Y)** | |
| **Do expense reimbursements represent actual and necessary expenses incurred (Y)** | |
| **Compensation Breakdown for Time Period Covered by this Application** | |
| **Total professional fees requested in this Application:** | $4,197,920.70 |
| **Total professional hours covered by this Application:** | 4,196.20 |
| **Average hourly rate for professionals:** | $1,000.41 |
| **Total paraprofessional fees requested in this Application:** | $278,455.50 |
| **Total paraprofessional hours covered by this Application:** | 483.80 |
| **Average hourly rate for paraprofessionals:** | $575.56 |
| **Total fees requested in this Application:** | $4,476,376.20 |
| **Total expense reimbursements requested in this Application:** | $243,188.71 |
| **Total fees and expenses requested in this Application:** | $4,719,564.91 |
| **Total fees and expenses awarded in all prior Applications:** | $0.00 |
| **Total fees and expenses requested in this Application and in all prior Applications:** | $4,719,564.71 |
| **Plan Status:** | **Plan effective date: March 16, 2026** |
| **Primary Benefits:** As co-counsel for the Debtors and Debtors-in Possession (the "Debtors"), Reed Smith performed various services for the Debtors, including: (i) preparing and prosecuting first day filings; (ii) addressing operational issues with company employees; (iii) determining if contracts should be accepted or rejected and developing related processes and procedures; (iv) analyzing employee wage and benefit issues; (v) addressing DIP financing issues; (vi) preparing for and attending hearings; (vii) communicating with U.S. Trustee; (viii) handling DOJ, SEC, and other governmental investigation matters, with successful resolution; (ix) preparing witnesses for governmental interviews; (x) drafting various procedural and operational motions; (xi) claims administration; (xii) participating in Special Committee meetings; (xiii) meeting with creditors; (xiv) assisting with fee and employment applications; (xv) addressing issues and concerns relating to the automatic stay; (xvi) addressing Change of Ownership issues and concerns; and (xvii) analyzing IP concerns relating to new product names. | |
| | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **ZYNEX, INC., et al.,** | § | **Case No. 25-90810 (ARP)** |
| **Debtors.**[1] | § | **Jointly Administered** |

**FIRST AND FINAL FEE APPLICATION OF REED SMITH LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 15, 2025 THROUGH MARCH 26 2026**

**If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this Application was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this Application was filed. Otherwise, the Court may treat the pleading as unopposed and granted the relief requested.**

Reed Smith LLP ("Reed Smith"), as co-counsel for debtors and debtors-in-possession (collectively, the "Debtors") in these jointly administered chapter 11 cases (this "Case"), files this first and final fee application (this "First And Final Fee Application") for the period from December 15, 2025 through and including March 26, 2026 (the "Fee Period") requesting (a) approval of $4,476,376.20 as the total amount of fees earned by Reed Smith for professional services to the Debtors during the Fee Period; (b) reimbursement of 100% of the actual and

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Zynex, Inc. (5169); Zynex Monitoring Solutions, Inc. (4516); Zynex NeuroDiagnostics, Inc. (4515); Zynex Medical, Inc. (1963); Pharmazy, Inc. (0056); Kestrel Labs, Inc. (3775); and Zynex Management LLC (1267). The location of the Debtors' service address for purposes of these chapter 11 cases is: 9655 Maroon Circle Englewood, CO 80112. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Zynex.

necessary expenses incurred by Reed Smith during the Fee Period in connection with such services in the amount of $243,188.71; and (c) payment of any other unpaid fees and expenses for professional services to the Debtors during the Fee Period.

**Jurisdiction**

1. The United States Bankruptcy Court for the Southern District of Texas (the "Court") has authority to consider this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On December 15, 2025 (the "Petition Date"), the Debtors commenced voluntary cases under Chapter 11 of Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). On January 7, 2026, the United States Trustee appointed an Official Committee of Unsecured Creditors in these Chapter 11 Cases.

3. Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these Chapter 11 Cases is set forth in the Declaration of Vikram Bajaj in Support of Chapter 11 Petitions and First-Day Pleadings. Dkt. No. 17.

**Case Status**

4. Reed Smith's work as c-counsel to the Debtors enabled the Debtors to successfully emerge from chapter 11. The firm's results were extraordinary, including obtaining resolution of a prepetition DOJ investigation with a non-prosecution agreement, negotiating a resolution of an

investigation by the Colorado Attorney General, and a obtaining a termination of an SEC investigation. The firm's work also facilitated a complex chapter 11 plan acquisition from the company's prepetition unsecured convertible noteholders, including meticulous work on change of ownership regulatory requirements related to the company's licenses, permits, accreditations, and enrollments in Medicare and Medicaid programs.

5. The Debtors entered chapter 11 with waning liquidity, due in part to payor recoupments and suspensions pertaining to the investigations and mounting legal fees to defend in the various investigations, class actions, and other civil lawsuits. Prior to the chapter 11 filing, Reed Smith and co-counsel Simpson Thacher & Bartlett ("STB") successfully negotiated a restructuring agreement with the Debtors' convertible noteholders that infused over $20 million of fresh capital as a debtor in possession loan, designed and assisted with launching a competitive sale process, and ultimately secured confirmation of a chapter 11 plan.

6. Reed Smith and STB designed an expedited, yet methodical, auction and plan process with milestones to enable the company to emerge efficiently from chapter 11. The legal teams negotiated a timeline with the Debtors' prepetition lenders that required the company to emerge from chapter 11 with a consummated sale within 105 days of the bankruptcy filing. The Reed Smith and STB teams' work enabled the Debtors to beat that goal, with 101 days from chapter 11 filing to plan effective date.

7. The Debtors emerged from chapter 11 on March 26, 2026, under the rebranded name, Altivera. The Reed Smith team assisted the Debtors in this rebranding effort, which will facilitate the company's growth as a thriving going concern under responsible new management.

**Debtors' Retention Of Reed Smith**

8. On January 14, 2026, Reed Smith filed the *Debtors' Application For Authority To Retain And Employ Reed Smith LLP As Co-Counsel To The Debtors Pursuant To Sections 327(a) and 328 Of The Bankruptcy Code,* Dkt. 173, seeking approval of Reed Smith to be retained as general counsel for the Debtors as well as seeking authority to seek reimbursement of Reed Smith's fees and expenses incurred in the representation of Debtors.

9. On February 6, 2026, this Court entered the *Order Approving Debtor's Application For Authority To Retain And Employ Reed Smith LLP As Co-Counsel To The Debtors Pursuant To Sections 327(a) and 328 Of The Bankruptcy Code*, Dkt. 258, authorizing allowance of compensation for Reed Smith's professional services rendered and reimbursement for expenses incurred in connection with the performance of the services set forth in Reed Smith's application, engagement letter, and any declarations in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable orders or procedures of this Court.

**Summary of Services Rendered During The Fee Period**

10. Reed Smith, by and through its attorneys and paraprofessionals has prepared or assisted in the preparation of various applications and Orders submitted to this Court for consideration, advised the Debtor on a regular basis with respect to various matters in connection with this Case, engaged in extensive communications with Debtors, and other parties-in-interest, and has performed all necessary professional services that are described and narrated in detail below.

11. In support of this First And Final Fee Application:

a. A summary of Reed Smith's hours expended, and fees earned during the Fee Period grouped by timekeeper (attorneys and paraprofessionals) is attached hereto as **Exhibit 1**.

b. A summary of Reed Smith's hours expended, and fees earned during the Fee Period grouped by category is attached hereto as **Exhibit 2**.

c. Detailed statements of Reed Smith's hours expended, fees earned, and out-of-pocket expenses incurred for the period from December 15, 205 through March 26, 2026, are attached hereto as **Exhibit 3**.

d. A summary of Reed Smith's out-of-pocket expenses incurred during the Fee Period is attached hereto as **Exhibit 4**.

e. As required by the Fee Procedures Order, a proposed order in the form located on the Court's website is attached hereto as **Exhibit 5**.

9. The services rendered by Reed Smith during the Fee Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth in the attached **Exhibit 3**. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit 3** attached hereto. Although every effort has been made to properly and consistently categorize the actual services provided into the appropriate category, certain tasks could be properly categorized into two or more task codes.

**A. Altivera - Bankruptcy Emergence Management Incentive Plan – 00001**

Fees: $3,020.00 Hours: 2.00

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, inter alia reviewing LLC agreement and MIP spreadsheet.

**B. Case Administration – 00009**

Fees: $58,889.50 Hours: 67.50

During the Compensation Period, Reed Smith's services performed in connection with this

category relate to, inter alia: (i) reviewing and revising various first day motions and assisting with first day filings; (ii) developing various workstreams and other case administrative matters; (iii) coordinating service of the notice of commencement, motions, and interested parties lists with Epiq; (iv) coordinating regarding bar date motion and noticing strategy; (v) coordinating regarding Schedules and Statements of Financial Affairs; (vi) preparing second day hearing agenda and coordinating claims and creditors for noticing purposes; (vii) attending to patient notice servicing issues; (viii) providing guidance on deadlines to extend time to remove civil actions; (ix) coordinating with equity holders regarding equity owner lists; and (x) scheduling and attending calls with client regarding various case matters.

**C. Business Operations – 00011**

Fees: $86,798.00 Hours: 88.30

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) resolving corporate credit card issues; (ii) drafting and filing supplement to the cash management motion; (iii) drafting factoring approval motion; (iv) researching and reviewing insurance policies, including D&O insurance, and tendering cases regarding same; (v) addressing NOL motion matters, including stock sale inquiries; (vi) filing Monthly Operating Reports for all Zynex entities; (vii) coordinating regarding utility provider outreach; (viii) analyzing and responding to various operational questions; (ix) addressing payroll projection and employee compensation matters; (x) reviewing and revising payor letters and analyzing recoupment issues and payer do-not-pay decisions; and (xi) analyzing DIP and other operational issues in connection with UCC requests.

**D. Claims Administration and Objections – 0012**

Fees: $50,283.50 Hours: 50.30

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) drafting and filing bar date motion and related notices; (ii) developing bar date noticing strategy; (iii) preparing for and attending the bar date hearing; (iv) coordinating publication notice and compiling cover notices summarizing notices of publication regarding case commencement; (v) analyzing noticing issues regarding patients; (vi) conferencing regarding contracts, assumption schedules, and Optum bankruptcy claim matters; (vii) reviewing motion to allow claim; and (viii) preparing for and attending calls regarding post-confirmation administrative, priority, and secured claim review and adjudication.

**E. Contracts-Assumption or Rejection – 00013**

Fees: $109,593.50 Hours: 116.10

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) corresponding regarding emergency rejection of leases; (ii) reviewing leases, drafting, revising, and filing emergency motion to reject leases and related notices; (iii) preparing for and attending hearing on emergency motion to reject leases; (iv) coordinating turnover and access procedures for rejected leases; (v) analyzing HQ lease matters; (vi) reviewing and analyzing contract assumption and rejection procedures; (vii) reviewing, revising, and filing stipulations regarding setoff rights; (viii) reviewing and resolving cure objections; (ix) conferencing regarding contract assumption, rejection, and cure issues; and (x) coordinating regarding lease rejection, purchase order matters, and new building lease issues.

**F. Corporate Governance and Board Matters – 00014**

Fees: $34,340.50 Hours: 27.40

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) communicating regarding Chapter 11 filing, next steps, and governance issues; (ii) preparing for and attending numerous Special Committee meetings; (iii) analyzing director fees and compensation matters; (iv) reviewing indictment and related documents and analyzing legal authorities related to governance issues; (v) researching state statutes on governance matters; (vi) reviewing and commenting on board materials; and (vii) analyzing, drafting, and coordinating post-confirmation board governance documents

**G. Creditors- Meetings and Communications – 00015**

Fees: $46,993.50 Hours: 43.90

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) coordinating with the U.S. Trustee; (ii) preparing for and participating in calls and meetings regarding UCC matters; (iii) preparing for and participating in the Section 341 meeting of creditors; (iv) reviewing creditor inquiry call logs; (v) coordinating with the U.S. Trustee regarding the initial debtor interview and information turnover; (vi) conferencing with lender's counsel and creditors' counsel regarding investigations, releases, and settlements; (vii) reviewing requests for hearing continuances and coordinating with advisor teams; (viii) coordinating D&O policy matters; and (ix) preparing communications to creditors regarding scope of potential releases.

**H. Employee Benefits and Pensions – 00016**

Fees: $36,533.50 Hours: 41.00

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) analyzing post-petition payroll issues; (ii) drafting and revising

the Key Employee Incentive Plan and Key Employee Retention Plan motions; (iii) drafting Debtors' Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals; (iv) preparing for and attending Key Employee Retention Plan hearing; (v) reviewing and commenting on director fee documents and management bonus matters; (vi) filing motion regarding Key Employee Retention Plan; (vii) coordinating preparation and filing of First Monthly Fee Statements; and (viii) corresponding regarding payroll processing, auto pulls, debits, and post-petition payment procedures.

**I. Employment and Fee Applications – Reed Smith– 00017**

Fees: $55,201.50 Hours: 79.50

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*, (i) filing Notices of Appearance for Reed Smith team; (ii) drafting interested parties and connections lists; (iii) drafting, revising, and filing Reed Smith retention application; (iv) preparing declarations in support of Reed Smith retention application; (v) corresponding with the U.S. Trustee regarding edits to Reed Smith employment application order; (vi) drafting the Debtors' Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals; (vii) drafting, revising, and serving First Monthly Fee Statement; and (viii) corresponding regarding weekly fee reporting for DIP compliance, professional fee escrow, and fee estimates.

**J. Employment and Fee Applications - Other Professionals – 00018**

Fees: $40,132.00 Hours: 47.00

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) filing pro hac vices for co-counsels and coordinating with the Court regarding same; (ii) drafting, revising, and filing Province retention application; (iii)

drafting, revising, and filing Simpson Thacher retention application; (iv) drafting, revising, and filing the ordinary course professionals' motion; (v) coordinating retention matters with CBIZ, LB&Co; and (vi) reviewing monthly fee invoices.

**K. DIP Financing – 00020**

Fees: $52,034.00 Hours: 48.20

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) reviewing and analyzing DIP financing terms; (ii) corresponding regarding edits to proposed DIP order; (iii) coordinating with DIP lenders, regarding DIP funding conditions; (iv) corresponding regarding professional fee budgets, weekly fee estimates, and DIP compliance matters; (v) reviewing, finalizing, and filing proposed final DIP order; (vi) reviewing term loan and security agreement; (vii) analyzing Wilmington Trust fees; and (viii) reviewing organizational documents for loan parties.

L. **General Hearing Prep – 00021**

Fees: $63,622.50 Hours: 65.80

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) corresponding regarding first day hearing, witness and exhibit lists, and hearing presentations; (ii) preparing witnesses and declarations for first day and subsequent hearings; (iii) drafting, revising, and filing witness and exhibit lists; (iv) coordinating with Epiq regarding service of documents; (v) preparing for and attending the January 22, January

30 and March 19 hearings; (vi) reviewing confirmation documents; and (vii) reviewing and drafting multiple revisions to the proposed plan and related confirmation hearing materials.

**M. General Litigation – 00022**

Fees: $224,792.00 Hours: 227.20

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) drafting, revising, and filing Notices of Suggestions of Bankruptcy and Notices of Entry of Appearances; (ii) analyzing pending litigation, and developing strategy related thereto; (iii) reviewing and analyzing D&O insurance policies and coverage issues; (iv) drafting adversary complaint; (v) drafting, conforming, and filing stipulated proposed confidentiality order; (vi) drafting and filing Rule 9019 motions for settlements with the Colorado Attorney General and State Farm; (vii) addressing automatic stay violation issues, including drafting notices of breach of automatic stay; and (viii) attending to securities class action matters, including strategy conferences with audit committee.

**N. Plan and Disclosure Statement – 00024**

Fees: $191,417.00 Hours: 184.20

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) coordinating regarding plan matters, deadlines, and confirmation calendar; (ii) reviewing and revising plan, disclosure statement, and solicitation procedures; (iii) analyzing UCC settlement proposals; (iv) drafting, finalizing, and filing solicitation procedures motion; (v) preparing, reviewing, and filing plan supplements; (vi) managing solicitation process; (vii) reviewing and negotiating confirmation order language; (viii) coordinating post-confirmation and emergence matters, including effective date checklist completion; and (ix) attending meetings regarding plan, take-back credit agreement, and emergence mechanics.

**O. Relief from Stay and Adequate Protection – 00025**

Fees: $99,940.00 Hours: 90.30

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) drafting, revising, and filing motion to enforce the automatic stay; (ii) preparing for and attending hearing on the motion to enforce and extend the automatic stay; (iii) drafting supplemental briefing regarding extension of the automatic stay to former directors and officers; (iv) negotiating regarding the proposed stay order, revising and finalizing same, and filing order granting the motion to extend the automatic stay; (v) designing and revising payor communication templates and strategies regarding recoupment activity; and (vi) communicating with creditor counsel regarding requests to lift automatic stay.

**P. U.S. Trustee Reporting – 00026**

Fees: $18,423.00 Hours: 18.90

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) coordinating with U.S. Trustee regarding preparation, review, editing, and finalization of Schedules and Statements of Financial Affairs, including drafting of Global Notes; (ii) preparing for and attending Initial Debtor Interview with the U.S. Trustee; (iii) reviewing Schedules and Schedules and Statements of Financial Affairs in preparation for Section 341 meeting of creditors; (iv) reviewing, coordinating, and filing Monthly Operating Reports with Court; and (v) responding to U.S. Trustee requests relating to the confirmation statement.

**Q. DOJ Investigation - Chapter 11 – 00027**

Fees: $902,277.00 Hours: 905.50

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) analyzing the scope of DOJ inquiry and developing defense and

resolution strategy; (ii) reviewing forensic records, conducting billing and payment trend analyses for DOJ review; (iii) drafting and revising non-prosecution agreement; (iv) preparing for and participating in meetings and calls with the DOJ, OIG, Colorado Attorney General, and DHA; (v) compiling, reviewing, and producing documents to DOJ, including Board minutes, wire transfer records, and other materials responsive to DOJ information requests; (vi) preparing witnesses for DOJ interviews; (vii) reviewing indictment filings and coordinating regarding governance and press communications; and (viii) advising on post-execution non-prosecution agreement compliance.

**R. Regulatory Matters – CHOW Processes – Chapter 11 -- 00028**

Fees: $596,761.00 Hours: 741.00

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) researching and analyzing change of ownership ("CHOW") requirements for various state licenses and registrations as well as Medicaid enrollments; (ii) researching CHOW requirements for FDA device establishment registrations; (iii) analyzing impact of revised transaction structure, including grandparent-level ownership changes, on CHOW filing obligations; (iv) analyzing the applicability of the DMEPOS enrollment moratorium to proposed transaction; (v) drafting and revising notice letters to state licensing and Medicaid agencies regarding bankruptcy filing; (vi) preparing and submitting pre- and post-closing health care regulatory filings, CHOW applications, and ownership update submissions in multiple jurisdictions; (vii) preparing post-closing organizational charts, ownership summaries, and officer/director/managing employee disclosures for regulatory submissions; (viii) preparing master regulatory filings timeline across all jurisdictions; (ix) conferring with lender's counsel and the regulatory team regarding CHOW strategy and DIP lender regulatory compliance matters; (x)

strategizing on timing requirements for completion and submission of pre- and post-closing health care regulatory filings; and (xi) filing regulatory correspondence and maintaining records for CHOW filings.

**S. SEC Investigations - Chapter 11 – 00029**

Fees: $460,077.50 Hours: 440.70

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) researching, reviewing, and analyzing documents, data, and SEC filings in connection with the SEC enforcement investigation; (ii) preparing witnesses for SEC and joint DOJ/SEC testimony; (iii) attending and defending witness interviews before SEC and DOJ enforcement staff; (iv) reviewing and analyzing documents relating to key investigation topics in preparation for witness and independent director interviews; (v) developing and executing SEC investigation defense strategy; (vi) reviewing and circulating the draft non-prosecution agreement to SEC staff for review; (vii) analyzing the draft non-prosecution agreement for SEC-related issues; (viii) advising SEC implications of corporate governance and board composition matters,; (ix) preparing documents relating to Board of Directors resolutions regarding director removal and governance; (x) attending Board meetings to provide advice on SEC investigation implications; and (xi) reviewing materials relating to disclosure advice for the Tricare suspension announcement.

**T. General Risk Management and Compliance Assistance - Chapter 11 – 00030**

Fees: $36,140.00 Hours: 32.80

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) analyzing Stark Law and Anti-Kickback Statute requirements and developing recommendations for integration into a unified compliance framework; (ii) advising

on process redesign to incorporate payor-specific billing requirements; (iii) advising on patient notice of cost share amounts for Tricare and clinical trial compliance matters; (iv) preparing edits and comments to patient notice policies; (v) preparing strategy and organizational methods for tracking incoming adverse communications; (vi) reviewing and advising on considerations for marketing and promotional language on customer-facing marketing materials; (vii) attending hotline calls regarding Medicaid billing considerations; and (viii) responding to sales team questions on form completion procedures and planning for training and compliance alignment.

**U. Allstate Litigation - Chapter 11 – 00031**

Fees: $11,136.70 Hours: 12.40

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: : (i) drafting and filing Suggestion of Bankruptcy in connection with the *Allstate Insurance Company, et al.* litigation; (ii) drafting and revising correspondence regarding the bankruptcy filing, joint discovery matters, and the joint status report; (iii) researching and analyzing the effect of the automatic stay on the District Court proceeding; (iv) developing case strategy regarding the stay of the District Court proceeding and the effect of the bankruptcy filing; (v) participating in calls with co-defendants and restructuring counsel regarding insurance coverage matters; and (vi) coordinating regarding the impact of the Allstate litigation on case administration and plan confirmation matters.

**V. Government Interviews - Chapter 11 – 00032**

Fees: $54,344.50 Hours: 62.80

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) preparing witnesses for DOJ and joint DOJ/SEC interviews; (ii) attending and defending witness interviews before DOJ and SEC enforcement staff; (iii)

negotiating, reviewing, and executing proffer agreements with the DOJ and SEC; (iv) preparing for and participating in the ability-to-pay meeting with the DOJ and SEC; (v) forensic analysis of system records, including refund request letters and transactional data; (vi) conferring with counsel for witnesses and related parties; and (vii) debriefing witnesses and coordinating with the defense team on interview strategy and follow-up.

**W. Order to Cash Redesign – 00033**

Fees: $534,34.50 Hours: 516.60

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, inter alia: (i) designing order-to-cash processes; (ii) reviewing and revising order form templates, cover sheets, and field guides; (iii) analyzing and reviewing billing systems architecture; (iv) reviewing and analyzing payor-specific billing rules, HCPCS code distinctions, claims and modifier exceptions; (v) developing and revising order-to-cash transformation presentations and sales training materials; (vi) drafting and revising payor and third-party administrator response templates; (vii) attending executive committee meetings and order-to-cash process design subgroup; (vii) revising retail pricing workflows, controls, and maximum out-of-pocket field communications and finalizing return rules; (viii) reviewing and incorporating feedback on draft summaries of implemented fixes; and (ix) drafting design meeting agendas and materials.

**X. Regulatory Compliance Program Counseling -- 00034**

Fees: $223,254.00 Hours: 246.60

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, inter alia: (i) designing compliance program structure and coverage; (ii) reviewing, drafting, and revising compliance program policies and standard operating procedures;

(iii) drafting a new HIPAA policy; (iv) drafting and finalizing Antitrust Compliance Policy; (v) reviewing FDA compliance guidance on QSMR inspections and advising on clinical trial compliance matters; (vi) reviewing and revising marketing and promotional materials; (vii) reviewing and providing feedback on sales training materials, including the ASK Compliance program; (viii) preparing for and participating in weekly compliance strategy sessions; (ix) participating in compliance program feedback sessions; and (x) participating in internal regulatory compliance program check-in meetings regarding government investigations.

**Y. Bidding-Auction Process – 00035**

Fees: $84,272.50 Hours: 139.20

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, inter alia: (i) drafting, revising, finalizing, and filing the motion to approve bid procedures for plan sponsor selection; (ii) negotiating with the UCC and DIP lenders regarding resolution of bid procedures; (iii) analyzing and responding to UCC requests for documents and depositions, including developing document production and deposition strategy; (iv) conducting large-scale document review and production in response to UCC Priority Requests, including developing document review protocol, conducting orientation sessions for document review team, analyzing documents for responsiveness and privilege, quality-controlling document subsets, and culling and identifying privileged documents; (v) preparing for and attending bid procedures hearing; (vi) reviewing emails and materials related to IP assets; and (vii) participating in calls and conferences with regarding the auction process, funding conditions, and related administrative matters

**Z. Chapter 11 Internal Investigations – 00036**

Fees: $315,460.50 Hours: 293.60

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, inter alia: (i) scoping internal investigation and developing investigative strategy with the Special Committee; (ii) drafting and revising investigative plan across multiple iterations; (iii) developing search terms and document collection protocols; (iv) reviewing and analyzing internal company documents, hot documents, key documents, board meeting minutes, special committee materials and financial statements for investigative purposes; (v) analyzing potential estate causes of action and researching case law regarding fiduciary duty claims and derivative claims; (vi) drafting interview outlines and preparing for witness interviews; (vii) conducting interviews of witnesses; (viii) drafting, reviewing, and revising the internal investigation report; (ix) preparing and delivering presentations on investigation findings to the Special Committee and the Creditors' Committee; (x) reviewing and approving language relating to the investigation and proposed plan releases in the bankruptcy plan; and (xi) coordinating regarding investigation updates, timeline, and implications for plan confirmation.

**AA. IP Assistance – Corporate Rebranding – 00037**

Fees: $20,279.00 Hours: 18.10

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, inter alia: (i) conducting trademark; (ii) reviewing U.S. full trademark search reports for selected rebranding candidates; (iii) reviewing full search reports, updating charts of relevant hits, and analyzing potential conflicts for each candidate name; (iv) drafting and revising trademark clearance opinions for potential new corporate names including updating and circulating revised opinions to lead IP counsel; (v) analyzing and finalizing clearance opinions for potential new corporate names and forwarding same to client; (vi) conferring internally regarding

emergency clearance project; and (vii) preparing for and participating in calls regarding potential new company names and rebranding strategy.

**BB. NexWave Clinical Trial Strategic Regulatory and Compliance Advice – 00038**

Fees: $52,038.50 Hours: 56.20

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, inter alia: (i) reviewing and analyzing clinical trial protocol; (ii) reviewing and analyzing guidance; (iii) communicating regarding clinical trial labeling considerations; (iv) drafting guidance summary and checklist; (v) analyzing system records; (vi) reviewing and analyzing published studies; and (vii) conferring regarding pre-submission to FDA.

**CC. Project Horizon -- 20001**

Fees: $13,387.00 Hours: 16.20

During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*: (i) participating in creative workshop meetings regarding corporate rebranding; (ii) reviewing and analyzing clinical study abstracts; (iii) reviewing and providing feedback on draft rebranding materials; (iv) reviewing and proposing revisions to rebranding materials and portfolio brochure drafts for project content and regulatory considerations; and (v) participating in discussions on portfolio materials outline with project team members.

10. Reed Smith attorneys and paraprofessionals expended a total of 4,716.70 hours in connection with these Chapter 11 Cases during the Fee Period. All services rendered by Reed Smith for which compensation is sought pursuant to this First and Final Fee Application were rendered solely to or on behalf of the Debtors. No payments were received by Reed Smith from any other source for services rendered or to be rendered in connection with these Chapter 11 Cases.

11. Pursuant to the Fee Procedures Order, any party objecting to this First and Final Fee Application must do so within twenty-one (21) days. The Court, in its discretion, may approve the First And Final Fee Application without the need for a hearing if no Objections are filed. The Debtors shall be authorized to pay promptly all requested fees and expenses not paid previously upon the Court approving the First and Final Fee Application.

12. Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this First And Final Fee Application due to delays caused by accounting and processing during the Fee Period. Reed Smith reserves the right to seek allowance of such fees and expenses in a subsequent fee application. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the Southern District of Texas, and the Fee Procedures Order.

**WHEREFORE**, Reed Smith, as counsel for the Debtors respectfully requests that the Court enter an order: (a) approving total professional fees in the amount of $4,476,376.20 as compensation for professional services rendered and $243,188.71 for reimbursement of out-of-pocket expenses incurred for the Fee Period; and (b) granting such other further relief as this Court deems proper.

Dated: April 29, 2026

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Omar J. Alaniz*

Omar J. Alaniz (Texas Bar No. 24040402)
Dylan T.F. Ross (Texas Bar No. 24104435)
Reed Smith LLP
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201

Telephone: (469) 680-4200
Facsimile: (469) 680 4299
Email: oalaniz@reedsmith.com
Email: dylan.ross@reedsmith.com

*Co-Counsel to the Debtors and Debtors-in-Possession*